**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SKINNYPOP POPCORN LLC, an Illinois limited liability company, | )<br>)<br>) |
| Plaintiff, | )<br>) No.<br>) |
| v. | )<br>) **Jury Trial Demanded** |
| AMERICAN FARMER BRANDS LLC, a New York limited liability company, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF SKINNYPOP POPCORN LLC'S CORPORATE**
**DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff SkinnyPop Popcorn LLC hereby discloses that no publicly held corporate entities and/or associations have a 5% or greater ownership interest in it, and that it has no publicly held affiliates.

Dated: September 17, 2014

Respectfully submitted,

**SKINNYPOP POPCORN LLC**

By: /s/ Todd C. Jacobs
One of Its Attorneys

Todd C. Jacobs
Matthew C. Wolfe
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, Illinois 60606
T: (312) 704-7700
F: (312) 558-1195
tjacobs@grippoelden.com
mwolfe@grippoelden.com

*Attorneys for Plaintiff SkinnyPop Popcorn, LLC*

*Of Counsel*:

J. Noah Hagey (applying *pro hac vice*)
Allyson M. Fair (applying *pro hac vice*)
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
T: (415) 599-0210
F: (415) 276-1808
hagey@braunhagey.com

*Attorneys for Plaintiff SkinnyPop Popcorn, LLC*