IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SKINNYPOP POPCORN LLC, an Illinois )
limited liability company, )
          Plaintiff, )
          v. ) No. 14-cv-07246
) Hon. Gary Feinerman
AMERICAN FARMER BRANDS LLC, a )
New York limited liability company, )
          Defendant. )

## STIPULATED INJUNCTION AND CONSENT JUDGMENT

On September 17, 2014 Plaintiff SkinnyPop Popcorn LLC ("Plaintiff") filed this action against Defendant American Farmer Brands, LLC ("Defendant") for trademark infringement and dilution under federal and state law. Plaintiff is the owner of the valid federally registered mark "SKINNYPOP" (U.S. Reg. No. 3971482) and has continuously used this mark in connection with the sale and marketing of popcorn products since at least 2010. The parties wish to resolve this dispute, and have agreed to, and respectfully request that, the following relief be entered. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendant is permanently enjoined from producing, publishing, advertising, making or distributing packaging, advertising, promotional material, social media, internet or any other such marketing device bearing any SKINNY-formative tagline, brand, trade name or other mark on popcorn or products advertised as similar to popcorn, except that Defendant may sell through its existing inventory of packaging film and product inventory bearing the "SKINNY N' LIGHT" tagline up until November 30, 2014.

2. Plaintiff shall not challenge Defendant's use of SKINNY-formative taglines in connection with products that are not popcorn or advertised as similar to popcorn.

3. This Court shall retain jurisdiction over the subject matter and the parties to enforce the terms of this Injunction.

SO STIPULATED AND AGREED.

PLAINTIFF SKINNYPOP POPCORN LLC:

Dated: 10/13/14

_____
Tom Ennis, CEO

Dated: 10/16/14

_____
Todd Jacobs, Esq.
Attorney for Plaintiff

Dated: 10·13·2014

_____
J. Noah Hagey, Esq.
Attorney for Plaintiff

DEFENDANT AMERICAN FARMER BRANDS, LLC:

Dated: _____

_____
Meyer Futersak, CEO

Dated: _____

_____
Allan Gerson, Esq.
Attorney for Defendant

IT IS SO ORDERED.

Dated: 10/17/14

_____
The Honorable Gary Feinerman
U.S. District Court Judge

3. This Court shall retain jurisdiction over the subject matter and the parties to enforce the terms of this Injunction.

SO STIPULATED AND AGREED.

PLAINTIFF SKINNYPOP POPCORN LLC:

Dated: _____          _____
                                Tom Ennis, CEO

Dated: _____          _____
                                Todd Jacobs, Esq.
                                Attorney for Plaintiff

Dated: _____          _____
                                J. Noah Hagey, Esq.
                                Attorney for Plaintiff

DEFENDANT AMERICAN FARMER BRANDS, LLC:

Dated: 10/13/14                 _____
                                Meyer Futersak, CEO

Dated: 10/13/14                 _____
                                Allan Gerson, Esq.
                                Attorney for Defendant

IT IS SO ORDERED.

Dated: _____          _____
                                The Honorable Gary Feinerman
                                U.S. District Court Judge